IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

UNITED STATES OF AMERICA

v.

JUNIOR NICHOLAS PEREZ,

Defendant.

*******************************************

Criminal No.
05-CR-75 (FJS)

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 05-CR-75 as to the defendant Junior Nicholas Perez.

The reason(s) for this dismissal are (check one or more):

\_\_\_ Case transferred to another District

\_\_\_ Speedy Trial Act

\_\_\_ Defendant's cooperation

\_\_\_ Insufficient evidence at this time

\_X\_ Other: Defendant plead to Information on 5/25/05, Case 5:05cr240

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY<br>
United States Attorney

By:   Carl G. Eurenius
      Assistant U.S. Attorney
      Bar Roll No. 511746

Leave of court is granted for the filing of the foregoing dismissal.

Dated: 25 May 2005
Syracuse, New York

Hon. Frederick J. Scullin, Jr.
Chief, United States District Judge